**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **BRYAN ROUNTREE**<br>P.O. Box 386<br>North Greece, NY  14515<br>xxx-xx-5488 | **CASE NO. 10-50123** |
| | **SHIONA ROUNTREE**<br>P.O. Box 386<br>North Greece, NY  14515<br>xxx-xx-7972<br>**Debtors** | **EOD**<br>11/08/2011<br><br>**CHAPTER 7** |

**BRYAN ROUNTREE and
SHIONA ROUNTREE**

**Plaintiffs**

**v.**                                                                 **AD. PROC. NO.     10-05004**

**SWARTZ AND BROUGH, INC.**

**Defendant**

### AGREED JUDGMENT

On November 4, 2011 this cause came before this Court, and the Plaintiffs appeared by attorney of record, and the Defendant appeared by attorney of record, and announced that the parties reached an agreement and presented this Agreed Judgment to the Court as a recitation of such agreement.

The Court, having considered the agreement and the representations from the parties that this Agreed Judgment should be entered, rendered judgment in favor of the Plaintiffs, Bryan and Shiona Rountree.

Therefore, the Plaintiffs, Bryan and Shiona Rountree, are entitled to recover from the Defendant the amount of Seven Thousand Seven Hundred Fifty & 0/100 Dollars ($7,750.00).

Plaintiffs shall be entitled to abstract, record, and index this Agreed Judgment.

Upon payment of the principal totaling $7,750.00, Plaintiffs shall release Defendant from any further obligation under this Agreed Judgment by providing to Plaintiffs a release of judgment.

All writs and processes for the enforcement and collection of the Agreed Judgment or the costs of court may issue as necessary.

All relief requested in this case and not expressly granted is denied. This Agreed Judgment finally disposes of all parties and claims.

Signed on 11/8/2011

*Brenda T. Rhoades*　　SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted:

| | |
|---|---|
| David James | David V. Ruff, II |
| 1725 Galleria Oaks Dr. | 1915 Mall Dr. |
| Texarkana, TX 75503 | Texarkana, TX 75503 |
| Phone:  (903) 794-2711 | Phone:  (903) 792-5313 |
| Fax:  (903) 792-1276 | Fax:  (903) 792-5405 |

By: /s/ David James                    By:    /s/ David V. Ruff, II
    David James                              David V. Ruff, II

COUNSEL FOR SWARTZ AND BROUGH, INC        COUNSEL FOR PLAINTIFFS